United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL EWELL,

        Petitioner,

    v.

G. MATTESON,

        Respondent.

Case No. 20-cv-07825-WHO (PR)

**ORDER OF DISMISSAL**

After petitioner Carl Ewell filed a habeas petition, the Clerk of the Court sent him a notice directing him to file a complete application to proceed *in forma pauperis* (IFP), or pay the full filing fee.  Ewell has not complied with the Clerk's Notice.  Accordingly, the action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notice and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Ewell may move to reopen.  Any such motion must contain a complete application to proceed IFP (or full payment for the $5.00 filing fee).

The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED.**

**Dated:** January 27, 2021



_____
WILLIAM H. ORRICK
United States District Judge